MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUZANNE B. MILES (CABN 242048)
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3699
Fax: (510) 637-3724
E-Mail: smiles@usa.doj.gov

Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 11-CR-00080-SBA |
| Plaintiff, ) | |
| v. ) | [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| ZACHARY MICHAEL TRIMBLE, ) aka "Zach MacArthur," ) | |
| Defendant. ) | |

Defendant ZACHARY MICHAEL TRIMBLE, represented by Joyce Leavitt, Assistant Federal Public Defender, and the United States, represented by Suzanne B. Miles, Assistant United States Attorney, appeared before the Court on March 4, 2011, for a detention hearing.

The matter was continued to March 17, 2011, at 10:00 am for a status hearing. Counsel for both parties stipulated that time should be excluded under the Speedy Trial Act between March 4, 2011, and March 17, 2011, for review of produced discovery materials.

Based upon the representation of counsel and for good cause shown, the Court finds that the ends of justice served by excluding the time between March 4, 2011, and March 17, 2011,

[~~PROPOSED~~] ORDER EXCLUDING TIME
11-CR-00080-SBA

1  from computation under the Speedy Trial Act outweigh the best interests of the public and the
2  defendant in a speedy trial because failing to do so would unreasonably deny the defendant's
3  counsel the time necessary for effective preparation, taking into account the exercise of due
4  diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).
5       Therefore, IT IS HEREBY ORDERED that the periods of time between March 4, 2011,
6  and March 17, 2011, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C.
7  § 3161(h)(7)(A) and (B)(iv).

9  DATED: March 8, 2011
   _____
   LAUREL BEELER
10 United States Magistrate Judge

12 Presented by:

13    /s/
   SUZANNE B. MILES
14 Assistant United States Attorney

[PROPOSED] ORDER EXCLUDING TIME
11-CR-00080-SBA