MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUZANNE B. MILES (CABN 242048)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3699
   Fax: (510) 637-3724
   E-Mail: smiles@usa.doj.gov

Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 11-CR-00080-SBA |
|    Plaintiff, ) | |
| v. ) | [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| ZACHARY MICHAEL TRIMBLE, ) aka "Zach MacArthur," ) | |
|    Defendant. ) | |

On March 4, 2011, defendant ZACHARY MICHAEL TRIMBLE, represented by Joyce Leavitt, Assistant Federal Public Defender, and the United States, represented by Suzanne B. Miles, Assistant United States Attorney, appeared before the Court for a detention hearing. At that hearing, the Court ordered Mr. Trimble detained pre-trial upon a finding that Mr. Trimble posed a significant risk of non-appearance and of danger to the community. The Court's findings were based on concerns regarding Mr. Trimble's mental status.

Since March 4, 2011, the parties have made efforts to arrange a psychiatric evaluation of Mr. Trimble. On April 4, 2011, counsel for both parties appeared before the Court with an

[~~PROPOSED~~] ORDER EXCLUDING TIME
11-CR-00080-SBA

officer from Pretrial Services to report that a psychiatrist has been identified and will be retained by counsel for Defendant, materials have been prepared by both parties for the expert's review, and an evaluation is scheduled for Monday April 11, 2011.  A detention status hearing is set for April 28, 2011, to permit the parties and this Court the opportunity to review the results of the psychiatric evaluation.

Based upon the representations of counsel, this Courts finds that the time between March 4, 2011, and April 28, 2011, is properly excluded from computation under the Speedy Trial Act as delay resulting from a mental health examination.  18 U.S.C. § 3161(h)(7)(B)(iv).

In addition, based on discovery produced by the government on April 4, 2011, and the need for review by defense counsel, the Court finds that the ends of justice served by excluding the time between April 4, 2011, and April 28, 2011, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial because failing to do so would unreasonably deny the defendant's counsel the time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

Therefore, IT IS HEREBY ORDERED that the periods of time between March 4, 2011, and April 28, 2011, shall be excluded from computation under the Speedy Trial Act.

DATED: April 6, 2011

LAUREL BEELER
United States Magistrate Judge

Presented by:

/s/
SUZANNE B. MILES
Assistant United States Attorney

[PROPOSED] ORDER EXCLUDING TIME
11-CR-00080-SBA