| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | JOYCE LEAVITT |
|   | Assistant Federal Public Defender |
| 3 | 1301 Clay Street, Room 200C |
|   | Oakland, CA 94612-5204 |
| 4 | Telephone: (510) 637-3500 |
| 5 | Counsel for Defendant TRIMBLE |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR 11-00080 SBA (LB) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | MODIFYING CONDITIONS OF |
| ZACHARY MICHAEL TRIMBLE, | ) | RELEASE |
| | ) | |
| Defendant. | ) | |

## STIPULATION

The parties hereby stipulate that the conditions of release for defendant, Zachary Trimble may be modified to allow Mr. Trimble to seek and maintain employment effective immediately.

The parties further stipulate that the condition that Mr. Trimble pay 25% of his gross earnings not apply to unemployment benefits and may be waived until Mr. Trimble is employed. Mr. Trimble previously received unemployment benefits until he was placed in custody in connection with this case. Mr. Trimble intends to reapply for unemployment benefits until he can obtain employment. The parties agree that Mr. Trimble need not contribute to the half-way house from any unemployment benefits he may receive because of other expenses, including travel to Contra Costa county relating to his case, and child support for his daughter. Once Mr. Trimble obtains employment, he will be required to contribute consistent with the other residents at the half-way

*U.S. v. Trimble*, CR 11-0080 SBA (LB)
Order Re: Modify Terms of Release

house.  All other conditions of release shall remain the same.

United States Pretrial Services officer Victoria Gibson has been notified and she does not object to the proposed modifications.

Date:   5/12/11                                  /s/
                                                       JOYCE LEAVITT
                                                       Assistant Federal Public Defender

Date:   5/12/11                                  /s/
                                                       SUZANNE MILES
                                                       Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release for defendant, Zachary Trimble shall be modified to allow Mr. Trimble to seek and maintain employment effective immediately.

IT IS FURTHER ORDERED that the condition that Mr. Trimble pay 25% of his gross earnings not apply to his unemployment benefits and shall be waived until Mr. Trimble is employed. Once Mr. Trimble obtains employment, he will be required to contribute consistent with the other residents at the half-way house.   All other conditions of release shall remain the same.

IT IS SO ORDERED.

Date: May  13, 2011

                                                       _____
                                                       DONNA M. RYU  for  LAUREL BEELER
                                                       United States Magistrate Judge

*U.S. v. Trimble*, CR 11-0080 SBA (LB)
Order Re: Modify Terms of Release