1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  SUZANNE B. MILES (CABN 242048)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, CA 94612
        Telephone: (510) 637-3699
7       Fax: (510) 637-3724
        E-Mail: suzanne.miles@usdoj.gov
8
9  Attorneys for United States

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          OAKLAND DIVISION

14 UNITED STATES OF AMERICA,        )   No.  11-CR-00080-SBA
                                    )
15        Plaintiff,                )
                                    )
16     v.                           )   [PROPOSED] ORDER RESETTING
                                    )   STATUS HEARING AND EXCLUDING
17 ZACHARY MICHAEL TRIMBLE,         )   TIME UNDER THE SPEEDY TRIAL
   aka "Zach MacArthur,"            )   ACT
18                                  )
          Defendant.                )
19                                  )
                                    )
20

21        On June 2, 2011, the parties were scheduled to appear before this Court for a status

22 hearing regarding bail status.  The parties are engaged in additional investigation matters relevant

23 to Defendant's pre-trial detention.  As such, the parties jointly propose resetting the status

24 hearing from June 2, 2011, to June 8, 2011 ~~13~~, 2011.

25        The parties have further agreed that the time between June 2, 2011, and June 8, 2011 ~~13~~, 2011, is

26 to be excluded from computation under the Speedy Trial Act.  *See* 18 U.S.C. § 3161(h)(7)(A).

27        Based on the stipulations of the parties, IT IS HEREBY ORDERED that a status hearing

28 is set for June 8, 2011 ~~13~~, 2011, at 9:30 a.m. and, the Court finds that the ends of justice served by

[PROPOSED] ORDER EXCLUDING TIME
11-CR-00080-SBA

June 8, 2011
1  excluding the time between June 2, 2011, and June ~~13~~, 2011, from computation under the Speedy
2  Trial Act outweigh the best interests of the public and the defendant in a speedy trial because
3  failing to do so would unreasonably deny the defendant's counsel the time necessary for effective
4  preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

7  DATED: _June 3, 2011_____    _____
                                   HONORABLE LAUREL BEELER
8                                  United States Magistrate Judge

12  Stipulated to by:

13       /s/                              /s/
    _____        _____
        SUZANNE B. MILES                 JOYCE LEAVITT
14  Assistant United States Attorney   Attorney for Defendant

[~~PROPOSED~~] ORDER EXCLUDING TIME
11-CR-00080-SBA