1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  1301 Clay Street, Room 200C
   Oakland, CA 94612-5204
4  Telephone: (510) 637-3500

5  Counsel for Defendant TRIMBLE

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )   No. CR 11-00080 SBA (LB)
           Plaintiff,               )
12                                  )
      v.                            )   STIPULATION AND [PROPOSED]
13                                  )   ORDER CONTINUING COURT
   ZACHARY MICHAEL TRIMBLE,         )   DATE; EXCLUDING TIME
14                                  )
           Defendant.               )
15                                  )

16                          STIPULATION

17     IT IS HEREBY STIPULATED, by and between the parties to this action, that the status

18 date in this case with respect to Zachary Trimble, currently scheduled for Wednesday, June 8, 2011,

19 at 9:30 a.m. before Magistrate Judge Beeler, may be continued to Wednesday, June 22, 2011, at 9:30

20 a.m. before Judge Beeler for status or arraignment and change of plea. The reason for the

21 continuance is that the parties are working towards a resolution and anticipate the filing of a

22 misdemeanor information and change of plea. The parties would like to continue the status date for

23 effective preparation so that Mr. Trimble can continue to provide information to the government for

24 its consideration as it determines how to proceed.

25     The parties stipulate that the time from June 8, 2011, to June 22, 2011, should be excluded in

26 accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for

*U.S. v. Trimble*, CR 11-0080 SBA (LB)
Order RE: Continue Court Date

effective preparation so that the defense can continue to provide information to the government and the parties can effectively prepare for the next court date.

DATED: 6/07/11                          /s/ _____
                                        JOYCE LEAVITT
                                        Assistant Federal Public Defender

DATED: 6/07/11                          /s/ _____
                                        SUZANNE MILES
                                        Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case with respect to Zachary Trimble, shall be continued from Wednesday, June 8, 2011, to Wednesday, June 22, 2011, at 9:30 a.m. for status or arraignment and change of plea.

IT IS FURTHER ORDERED THAT the time from June 8, 2011, to June 22, 2011, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:  June 8, 2011                    _____
                                        HON. LAUREL BEELER
                                        United States Magistrate Judge

*U.S. v. Trimble*, CR 11-0080 SBA (LB)
Order RE: Continue Court Date